IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | 8:06CR220 |
| KELLEN WALKER, | ) ) | **SCHEDULING ORDER** |
| Defendant. | ) ) | |

　　　　Before the court is defendant's Motion to Continue Hearing [37].   Good cause being shown, the motion will be granted and the initial appearance on supervised release will be continued.

　　　　IT IS ORDERED:

　　　　1.　　That the defendant's Motion to Continue Hearing [37] is granted;

　　　　2.　　That the initial appearance on the Petition for Offender Under Supervised Release [34] is continued to **June 17, 2008** at **2:00 p.m.**   before Magistrate Judge F.A. Gossett, Courtroom No. 6, Second Floor, Roman L. Hruska U.S. Courthouse, 111 So. 18th Plaza, Omaha, Nebraska.

　　　　Since this is a criminal case, the defendant must be present, unless excused by the Court.

　　　　DATED this 27th day of May, 2008.

　　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge