### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| UNITED STATES OF AMERICA,  )<br>　　　　Plaintiff,　　　　　　　)<br>　　vs.　　　　　　　　　　　　)<br>KELLEN WALKER,　　　　　　 )<br>　　　　Defendant.　　　　　　)  | 8:06CR220<br><br>ORDER |

　　　　Defendant Kellen Walker appeared before the court on Tuesday, June 17, 2008 on a Petition for Summons for Offender Under Supervision [34]. The defendant was represented by Federal Public Defender David R. Stickman and the United States was represented by Assistant U.S. Attorney Michael P. Norris. Defendant waived preliminary examination. The government did request detention. The defendant was released on modified conditions of supervision to include that he have no contact with Ralisha Ware and Angie Red Owl.

　　　　I find that the Report alleges probable cause and that the defendant should be held to answer for a final dispositional hearing before Judge Smith Camp.

　　　　**IT IS ORDERED**:

　　　　1.　　A final dispositional hearing will be held before Judge Laurie Smith Camp in Courtroom No.2, Third Floor, Roman L. Hruska U.S. Courthouse, 111 South 18th Plaza, Omaha, Nebraska, on **July 7, 2008 at 10:30 a.m.** Defendant must be present in person.

　　　　2.　　The defendant is released on current conditions of supervision. While on supervision the defendant shall have no contact with Ralisha Ware and Angie Red Owl.

　　　　DATED this 17th day of June, 2008.

　　　　　　　　　　　　　　　　　　　　　　　　BY THE COURT:

　　　　　　　　　　　　　　　　　　　　　　　　s/ F. A. Gossett
　　　　　　　　　　　　　　　　　　　　　　　　United States Magistrate Judge